# U.S. District Court
# Northern District of Ohio (Toledo)
# CRIMINAL DOCKET FOR CASE #: 3:19-mj-05177-JRK-1

Case title: United States of America v. Poole

Date Filed: 05/07/2019

Assigned to: Magistrate Judge James R. Knepp, II

**Defendant (1)**

**Caleb Poole**

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:844(i) Arson | |

**Plaintiff**

**United States of America**   represented by **Thomas P. Weldon**
Office of the U.S. Attorney - Toledo
Northern District of Ohio
3rd Floor
4 Seagate
Toledo, OH 43604
419-259-6376
Fax: 419-259-6360
Email: thomas.weldon@usdoj.gov
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2019 | 1 | **Complaint** filed by USA as to Caleb Poole (1) signed by Magistrate Judge James R. Knepp, II on 5/7/2019. (Attachments: # 1 Affidavit) (S,JM) (Entered: 05/07/2019) |
| 05/07/2019 | | Arrest of Caleb Poole (1) in Southern District of Ohio. (S,JM) (Entered: 05/08/2019) |
| 05/07/2019 | | Case unsealed as to Caleb Poole (1) pursuant to arrest of defendant. (S,JM) (Entered: 05/08/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2019 09:16:06 | | | |
| **PACER Login:** | ud1808:4270461:4267454 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mj-05177-JRK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Caleb Poole<br><br>*Defendant(s)* | Case No.<br>3:19MJ5177 |

**FILED**

4:52 pm May 07 2019

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  05/06/2019  in the county of  Hardin  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Arson |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Matthew Meyer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/07/2019

*Judge's signature*

City and state:  Toledo, Ohio   James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF APPLICATION : | |
| FOR AN ARREST WARRANT FOR : | Case No. 3:19MJ5177 |
| CALEB POOLE : | |

**AFFIDAVIT IN SUPPORT OF**
<u>**AN ARREST WARRANT**</u>

I, Matthew R. Meyer, Special Agent for the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

**A.  Introduction and Agent Background:**

1. I, make this affidavit in support of an application for an arrest warrant for CALEB POOLE for the crime of Title 18 U.S.C. Section 844(i).

2. I have been a Special Agent with the FBI since June of 2002. I am currently assigned to the FBI's Cleveland Division, working in the Toledo Resident Agency. Prior to my assignment in Toledo, I worked in the Detroit Division of the FBI. During my time as an FBI Agent, I have investigated, among other crimes, violent crime and drug trafficking.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from Agents, Detectives and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested warrant and does not set forth all information developed from the investigation.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that CALEB POOLE violated Title 18 U.S.C., Section 844(i)

**B.  Probable Cause**

5. On May 6, 2019, at approximately 6:47 p.m. an explosion and fire was reported at the Walmart, located at 1241 E. Columbus Street, Kenton, Ohio, located in Hardin County, Ohio, Northern District of Ohio. Police and Fire responded to the Walmart, and discovered an area in the woman's undergarment area which was burned, and appeared to be the origin of the fire (seat of the fire). Items observed at the origin site were primarily contained within a shopping cart, and included two thermoses, toilet paper, lighters and the remnants of an aerosol type can. As a result of the fire, the sprinkler system was activated inside the store. Walmart personnel have initially estimated the loss at $1,000,000. Additionally, one person was treated for smoke inhalation.

6. An initial review was conducted of the Walmart Video Security System at the location. Working backward from the location of the fire, investigators were able to determine that an individual, later identified as CALEB POOLE is identified at various times in and around the Walmart store. Specifically, POOLE is observed on video surveillance with some of the

above described items in his cart.  Video surveillance identifies POOLE wearing a camouflage baseball style hat, yellow shirt, blue, white and yellow striped shorts and wearing glasses.  Based on the review, investigators were able to initially establish that POOLE was initially in the parking lot of the Walmart at approximately 5:42 p.m. on May 6, 2019.  While POOLE may have been in the store earlier, investigators have not had time to review all of the surveillance video.   During a review of the surveillance video, at approximately 6:12 p.m., POOLE is identified utilizing a credit/debit card to purchase two thermoses and another unknown item.  Walmart personnel were able to provide the receipt from the items purchased, which identified the unknown item as a Zippo lighter.  POOLE is observed on video surveillance exiting the Walmart, and returning back inside with the thermoses in his hand.  After a period of time, POOLE is observed exiting the store, and walking with the thermoses to the Murphy gas station adjacent to the Walmart.  Murphy gas station surveillance identifies POOLE paying for $5 of gas, and pumping gas into the thermoses.  At approximately 6:28 p.m., POOLE then walks back to the Walmart.  Although the initial review of video surveillance did not account for every second of POOLE's movement inside the store, POOLE is observed walking around the store, picking up toilet paper and hairspray.  Surveillance identified POOLE in the Walmart with the cart containing the above listed items, around the origin area prior to the actual fire.  The video surveillance system shows a fire starting in the above described area, with flames rising approximately 20 feet.

7. Through a review of the video surveillance at Walmart, POOLE is observed with what appears to be a cellular telephone, which he then places in his ~~short~~ [shirt – MRM] pocket.  From video surveillance, the phone sticks out the top of the shirt pocket, and in a position that would possibly permit recording.

8. Immediately following the fire, POOLE is observed walking toward the exit of the store.  POOLE walks out the door of the Walmart, walking south through the parking lot.  Prior review of video surveillance had identified POOLE, walking in and around a vehicle in the parking lot of the Walmart.  The video further showed POOLE driving out of the parking lot, and pulling in the lot of an adjacent bank (Superior Credit Union).  Following the fire, POOLE is observed walking through the Superior Credit Union parking lot, toward the area where presumably he had parked his vehicle earlier.

9. As a result of POOLE purchasing the items utilizing a debit/credit card, Walmart Security was able to provide the name from the card as CALEB POOLE.  Based on a review of Ohio Driver's license photos, Agents/Detectives confirmed the photo of CALEB POOLE matched the individual believed to have started the fire in the Walmart.

10. Investigators were able to track the activities of CALEB POOLE through the use of his bank card.   As a result of POOLE's bank card usage, Agents/Detectives were able to establish surveillance in the Dublin, Ohio area.  Specifically, Agents observed POOLE operating an Audi crossover, bearing Ohio license plate 756-ZEE.  During this surveillance, Agents observed POOLE in the parking lot of Walmart in Dublin, Ohio.  According to a check of Ohio BMV records, Ohio license 756-ZEE comes back as a white 2003 Ford, registered to CALEB POOLE, with an address 17626 Shady Lane, Fredricksburg, Ohio.  Law enforcement conducted surveillance of POOLE in Dublin, Ohio, ultimately stopping him in the Audi crossover, identified with Vehicle Identification Number (VIN): WA1JCCFS9JR026447.  Investigators on scene at the arrest of POOLE advised the Audi POOLE was driving is the same vehicle

observed in the Kenton Ohio Walmart driven by POOLE.  Additionally, investigators on the scene of POOLE's arrest advised POOLE had a cellular telephone positioned on the passenger seat.  Agents/Detectives noted that the manner in which the phone was positioned in the car was presumably to record the activities of POOLE and/or others.  Following the arrest, Agents/Detectives observed a camouflage style hat in the Audi.

11. Further review of the debit/credit card utilized by POOLE, identified that POOLE had utilized the card to rent hotel room 215 at the Drury Inn and Suites, located at 6170 Park Center Circle, Dublin, Ohio through May 7, 2019.

12. The Walmart Corporation based out of Bentonville, Arkansas carries numerous items, which have traveled in interstate commerce.

**Conclusion:**

13. Based on the above listed facts, there is probable cause to believe that CALEB POOLE intentionally caused the fire at the Walmart in Kenton, Ohio, in violation of Title 18, Section 844(i).

_____
Matthew R. Meyer
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___7th___ day of May, 2019

_____
James R. Knepp, II
United States Magistrate Judge

3